CA 05 431 ML

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District RHODE ISLAND | |
|---|---|---|
| Name EDSON TORO | Prisoner No. 90662 | Case No. P2-97-1639A PM-03-3772 PC-02-2882 |

Place of Confinement ADULT CORRECTIONAL INSTITUTION HIGH SECURITY CENTER

Name of Petitioner (include name under which convicted): EDSON TORO

v.

Name of Respondent (authorized person having custody of petitioner): Ashbel T. Wall II

The Attorney General of the State of: RHODE ISLAND PATRICK LYNCH

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack PROVIDENCE SUPERIOR COURT 250 BENEFIT St, Prov, RI 02903
2. Date of judgment of conviction MARCH 4, 2005
3. Length of SEVEN YEARS
4. Nature of offense involved (all counts) FELONY ASSAULT
5. What was your plea? (Check one)
   (a) Not guilty G
   (b) Guilty G
   (c) Nolo contendere G ✓
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A
6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury G
   (b) Judge only G
7. Did you testify at the trial?
   Yes G No G
8. Did you appeal from the judgment of conviction?
   Yes G No G ✓

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court N/A

(b) Result

(c) Date of result and citation, if known

(d) Grounds raised

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court N/A

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court N/A

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes G ✓ No G

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court PROVIDENCE SUPERIOR COURT

(2) Nature of proceeding PETITION FOR WRIT of HABEAS CORPUS

(3) Grounds raised Illegal Incarceration, violation of EX POST FACTO, 14th Amendment, and STATE LAW

AO 241 (Rev. 5/85)

42-56-24(b), Double Jeopardy

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ✓ No G

(5) Result GRANTED

(6) Date of result SEPTEMBER 29, 2005

(b) As to any second petition, application or motion give the same information:

(1) Name of court PROVIDENCE SUPERIOR COURT

(2) Name of proceeding APPLICATION for POST CONVICTION RELIEF

(3) Grounds raised Illegal Incarceration, violation of EX POST FACTO, 14th Amendment, STATE LAW 42-56-24 (b), Double Jeopardy

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ✓ No G

(5) Result MOTION GRANTED

(6) Date of result September 29, 2005

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ✓ No G

(2) Second petition, etc. Yes G No G

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

The Avenue I had taken is Motion to Strike STAY. I WAS granted decision, but the STATE After being denied stay in Superior Court, Got one in Supreme Court

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

<u>CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Violation of the inalienable Right to Life, liberty, and the pursuit of HAPPINESS & 14 Amendment

Supporting FACTS (state *briefly* without citing cases or law): ON August 1, 2005 I completed my Sentence Seven years. At 2:00PM this WAS confirmed and I WAS given an A.C.I DATA SHEET by Counselor Anthony Amaral and told I'd be discharged shortly. Around an hour later 3:00PM the counselor told me that the A.C.I re-calculated My good time and retroactively Applied the new calculation CANcelling credits already given and used

B. Ground two: EX POST FACTO Article I section 10 Constitution of THE UNITED STATES of America

<SAME AS ABOVE>

Supporting FACTS (state *briefly* without citing cases or law): The New calculation applied retroactively to a sentence already completed good time credits being used violated EX POST FACTO, SUPREME COURT LAW. It increased my punishment with a new release date projected to Feb 10, 2006.

AO 241 (Rev. 5/85)

C. Ground three: Double Jeopardy

Supporting FACTS (state *briefly* without citing cases or law): I WAS twice punished for the same crime, by the A.C.I Department of Corrections, re-incarcerating me on a Sentence which was completed. And then made to serve more time on said Sentence.

D. Ground four: STAY IS IN violation of my Due Process, Liberty interest and Equal Protection of the Laws.

Supporting FACTS (state *briefly* without citing cases or law): I was granted relief on my petitions in Superior Court by the Honorable Judge Fortunato. The finding, I was unlawfully imprisoned, STATE violated 42-56-24(b) Judge Fortunato denied stay which D.O.C./A.C.I sought. However A STAY was granted in Supreme Court, NO Notice was given to me of this Action, and I wasn't allowed to contest it that day 9-29-05. I was pro-se and did not have an opportunity to give legal Argument to deny Stay.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes G No G ✓

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Thomas G. Brody

(b) At arraignment and plea Thomas G. Brody

AO 241 (Rev. 5/85)

(c) At trial N/A

(d) At sentencing Thomas G. Brody

(e) On appeal N/A

(f) In any post-conviction proceeding Pro-se

(g) On appeal from any adverse ruling in a post-conviction proceeding Pro-se

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

Yes G No G

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes G No G ✓

(a) If so, give name and location of court which imposed sentence to be served in the future: N/A

(b) Give date and length of the above sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes G ✓ No G

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Pro-se
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10 of October, year 2005
Date

Edson Zoro
Signature of Petitioner

P.O. Box 8200 Cranston, 90662