UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDSON TORO

vs. CA 05-431ML

ASHBEL T. WALL, et al

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **November 18, 2005.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
United States District Judge
October 27 ,2005

Entered as an Order of this Court October 28 , 2005.

Barbara Barletta
Deputy Clerk