STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT

| | | |
|---|---|---|
| STATE OF RHODE ISLAND | : | |
| | : | No. 2004-235 C.A. |
| vs. | : | (P2-1997-1639A) |
| | : | |
| EDSON TORO | : | |

## STATE OF RHODE ISLAND'S NOTICE OF WITHDRAWAL OF APPEAL

Now comes the State of Rhode Island, by and through its attorneys, and hereby moves to withdraw its previously filed appeal in the above-captioned case.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

PATRICK C. LYNCH
ATTORNEY GENERAL

AARON L. WEISMAN, #4438
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

## CERTIFICATION

I hereby certify that on the 8th day of November, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Edson Toro, Pro Se, P.O. Box 8200, Cranston, RI 02920.