**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EDSON TORO** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-431 ML** |
| | : | **C.A. NO. 05-455T** |
| **ASHBEL T. WALL, Director,** | : | |
| **Department of Corrections** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MOTION TO DISMISS PETITIONER'S *MOTION FOR STAY OF STATE COURT PROCEEDINGS***

Now comes the State of Rhode Island, by and through its attorneys, and respectfully moves, for the reasons expressed in the accompanying supporting memorandum, to dismiss Petitioner's *Motion for Stay of State Court Proceedings*.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN #4438**
**Department of Attorney General**
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

I hereby certify that on the 7th day of December, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Edson Toro, Pro-Se, at his last known address of P.O. Box 8200, Cranston R.I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EDSON TORO** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-431 ML;** |
| | : | **C.A. No. 05-455T** |
| **ASHBEL T. WALL, Director,** | : | |
| **Department of Corrections** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PETITIONER'S *MOTION FOR STAY OF STATE COURT PROCEEDINGS***

Petitioner, who recently (on November 7, 2005) pled to a charge of second degree murder in the Rhode Island Superior Court and even more recently has moved in that Court to "arrest *** judgment" with respect to that November 7, 2005 second degree murder conviction, instantly asks this Honorable Court to Stay the Rhode Island Superior Court proceedings on the basis of a related challenge Petitioner has pending in this Court. (*See* Petitioner's *Motion for Stay of State Court Proceedings* at 1 ("Petitioner asserts that the November 7, 2005 plea of nolo contendere is currently being contested for an arrest of judgment in State of Rhode Island Superior Court. That due to the fact the Petitioner was challenging his unlawful incarceration said plea in this court should be viewed as entered under duress.").)

It would appear to be well-settled, however, that, at least in the absence of exceptional circumstances, federal interference with pending state criminal prosecutions should studiously be avoided. *See* Younger v. Harris, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971). Because, then, the Rhode Island Superior Court has as yet not had a chance to pass upon Petitioner's motion to arrest judgment, and there would seem to be

no exceptional reason to prevent that Court from doing so while Petitioner litigates related actions in this Court, the State would ask that Petitioner's *Motion For Stay of State Court Proceedings* be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN #4438**
**Department of Attorney General**
150 South Main Street
Providence, RI 02903
(401) 274-4400

CERTIFICATION

I hereby certify that on the 7th day of December, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Edson Toro, Pro-Se, at his last known address of P.O. Box 8200, Cranston R.I. 02920.