UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Edson Toro
VS
CA NO 05-431ML
Ashbel T. Wall
Director of THE Department of Corrections
STATE of RHODE ISLAND

MOTION FOR STAY of STATE COURT Proceedings

Now comes the petitioner Edson Toro pro-se and moves this court for a stay of State Court proceedings. The petitioner asserts that the November 7, 2005 plea of nolo contendere is currently being contested for an Arrest of Judgment in STATE of RHODE ISLAND Superior COURT. That due to the fact the petitioner was challenging his unlawful incarceration said plea in this court should be viewed as entered under duress.

Therefore the petitioner respectfully requests this Honorable court to issue a stay pursuant to 28 U.S.C. § 2251 and that the plea of Nov 7, 2005 being stayed.

DATE 11-21-2005

Respectfully,
Edson Toro pro se

Denied. Mary M. Lisi USDJ 12/8/05

Certification

I, Edson Toro do hereby certify that I mailed a true copy of Motion for Stay of State Court proceedings to Aaron L. Weisman Assistant Attorney General at 150 South Main St Prov, R.I. 02903 on Nov 21, 2005 by U.S. Mail.

Respectfully,

Edson Toro

Pro-se