UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**EDSON TORO**

**Vs.** **C.A. N0. 05-431ML**

**A. T. WALL, Director**
**Department of Corrections**

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, A.T. Wall, Director of the Department of Corrections, against the plaintiff, Edson Toro, pursuant to the Memorandum and Order dated December 16, 2005 GRANTING defendant's Motion to Dismiss and DISMISSING the Petition for Writ of Habeas Corpus under § 2254.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: December 16, 2005