UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Edson Toro
VS CA NO 05-431-ML
A.T. WAll, Director
Department of Corrections

"Request For Certificate of Appeallability"

Now comes the petitioner Edson Toro Pro-se and hereby requests that this Honorable Court issue a certificate of Appeallability.

The petitioner states that he has shown in his accompanying objection and memorandum of Law that his appeal has merit and a prima facie showing of the issue at hand is appeallable.

Wherefore the petitioner prays his request be granted.

DATED 12-29-2005

Respectfully,
Edson Toro pro-se

Certification

I Edson Toro do hereby certify that I mailed a true copy of his Request for certificate of Appeallability to Aaron L. Weisman at office of Attorney General 150 South main st Prov, R.I 02903 on 12-29-05

Respectfully,
Edson Toro