UNITED STATES DISTRICT COURT
FOR THE DISTRICT of RHODE ISL.

Edson Toro
VS
CA No 05-431-ML
A.T. Wall, Director
Department of Corrections

NOTICE of APPEAL

Now comes the petitioner Edson Toro Pro-se and hereby submits this NOTICE of APPEAL pursuant to Federal Rules of Appellate Procedure Rule 45, of the judgment entered by the Honorable Judge Mary Lisi on 12-16-2005.

Petitioner also asserts that he is indigent so any fees be waived.

DAted 12-29-2005

Respectfully submitted,
Edson Toro Pro-se

certification

I Edson Toro do hereby certify that I mailed a true copy of Notice of APPEAL to AAron L. Weisman at office of Attorney General 150 South Main St PROV, R.I 02903 on 12-29-2005

Respectfully,
Edson Toro