UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Edson Toro

vs CA NO 05-431ML

Ashbel T. Wall II, Director
Department of corrections

"Request For Certificate of Appeallability"

Now comes the petitioner Edson Toro pro-se and requests this court to issue a certificate of appeallability pursuant to 28 U.S.C § 2253 (B) (2)

The petitioner asserts the following in support;

1) The Stay put in place by the Duty Justice was in violation of the petitioners Rights as protected by the constitution

2) The State Attorney Kathleen Kelly never gave the petitioner copy papers filed for Stay on 9-29-05 to the R.I Supreme court.

b) The petitioner was never given the opportunity of contesting the Stay before the duty justice in that the petitioner was pro se. Counsel was not provided as Advocate for the petitioner.

c) The Stay was not only put in place in an exparte manner but also in an Arbitrary and capricious manner in total disregard for the four prong criteria established by the U.S. Supreme court in Hilton v. Braunskill 481 U.S. 770, 774

The petitioner states he has made a clear showing of a constitutional violations by the R.I Supreme court in putting a stay in place depriving the petitioner of his liberty.

Wherefore the petitioner prays that this honorable court grant the petitioners Request for a certificate of appeallability.

Date 1-18-2006

Respectfully,
Edson Toro

Certification

I Edson Toro do hereby that I mailed a true copy of Request of certificate of appeallability to Aaron L. Weisman Assistant Attorney General at 150 South Main St on 1-18-2006
PROV, R.I 02903

Respectfully,
Edson Toro