UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Edson Toro, petitioner
vs
Ashbel T. Wall II, Director
Department of Corrections
Defendant

Appellate No
CA NO 06-1104
Lower CA No 05-431ML

"Motion To Proceed IN Forma Pauperis"

Now comes the petitioner-Appellant Edson Toro Pro-se and requests that he be allowed to proceed in forma pauperis and filing fees be waived pursuant to Rule Fed. R. App. P. 24.

The petitioner states that he is not able to pay the filing fees in the appellate court.

Wherefore petitioner prays that his motion be granted.

DATE 1-15-06

Respectfully,
Edson Toro

Certification

I Edson Toro do hereby that I mailed a true copy of Motion to proceed in forma pauperis to Aaron L. Weisman Assistant Attorney General at 150 South Main St Prov, RI 02903 on 1-15-2006

Edson Toro

# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

CA NO 06-1104

Edson Toro
v.
Ashbel T. Wall II
Director Dept of corrections

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Edson Toro, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes (✓) No ( )

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

$30 per month
R.I. Dept of corrections

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (✓)

b. Rent payments, interest or dividends? Yes ( ) No (✓)

c. Pensions, annuities or life insurance payments? Yes ( ) No (✓)

d. Gifts or inheritances? Yes ( ) No (✓)

e. Any other sources? Yes (✓) No ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

If "Yes" state the total amount. ______________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☑ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

1-18-2006 — DATE

[signature] — SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 34.60 on account to his/her credit at (name of institution) Rhode Island Department of Corrections Inmate Accounts I further certify that the applicant has the following securities to his/her credit: $16.00 (encumbered Account) (same as above). I further certify that during the past six months the applicant's average balance was $ 65.52.

1/18/06 — DATE

[signature] — SIGNATURE OF AUTHORIZED OFFICER