UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Edson Toro, petitioner
VS
Ashbel T. Wall II, Director
Department of Corrections
Defendant

Appellate No
CA NO 06-1104
Lower CA No 05-431ML

"MOTION TO PROCEED IN FORMA PAUPERIS"

Now comes the petitioner-Appellant Edson Toro Pro-se and requests that he be allowed to proceed in forma pauperis and filing fees be waived pursuant to Rule Fed. R App. P. 24.

The petitioner states that he is not able to pay the filing fees in the Appellate court.

Wherefore petitioner prays that his motion be granted.

DATE 1-15-06

Respectfully,
Edson Toro

Certification

I Edson Toro do hereby that I mailed a true copy of Motion to proceed in forma pauperis to Aaron L Weisman Assistant Attorney General at 150 South Main St Prov, R I 02903 on 1-15-2006

Edson Toro

Granted. Mary M. Lisi 1/25/06 USDJ