MANDATE

# United States Court of Appeals
## For the First Circuit

05-00431
Rhode Island
m. Lisi

No. 06-1104

EDSON TORO,

Petitioner, Appellant,

v.

ASHBEL T. WALL, DIRECTOR,
DEPARTMENT OF CORRECTIONS,

Respondent, Appellee.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: March 28, 2006

We have reviewed the record and petitioner's submissions in this case. It is unclear whether petitioner needs to obtain a certificate of appealability ("COA") in order to proceed; compare Medberry v. Crosby, 351 F.3d 1049, 1063 (11 th Cir. 2003)(COA required where state prisoner is challenging decision by administrative board regarding continuing detention), with Walker v. O'Brien, 216 F.3d 626, 638 (7 th Cir. 2000) (no COA required). We need not decide the question at this time, however. We assume without deciding that no COA is required in the circumstances of this case. We summarily affirm the judgment of the district court dismissing the petition without prejudice. Petitioner's claims have not been exhausted. See O'Sullivan v. Boerckel, 526 U.S. 838, 845 (1999) (claim has not been exhausted until state appellate process is completed). To the extent petitioner says he is challenging the Rhode Island Supreme Court's stay order in particular, Younger principles of abstention prevent the federal courts from overriding the stay order. See In re Justices of

Superior Court Dept. of Mass., 218 F.3d 11, 16-17 (1st Cir. 2000) (citing Younger v. Harris, 401 U.S. 37 (1971)).

Petitioner's motion for appointment of counsel is denied.

Affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: Edson Toro, Aaron L. Weisman, AAG]

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calardo
Deputy Clerk

Date: 4.19.06